SARAH STEWART, Respondent, v. UNITED STATES CASUALTY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BERNARD W. LEWIS, Respondent, v. J. A. MIGEL, INC., Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $1,968.85; in which event the judgment as so modified is affirmed, without costs, on the ground that there is no proof of the acceptance by defendant of more than four of the designs prepared by plaintiff, and the finding that he was to pay for them whether he accepted them or not is reversed as against the weight of the evidence. Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ANNA MORRIS, Respondent, v. GERARD P. TAMELING and Others, Appellants.— Judgment and order reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that the finding of the jury that there was no ratification is against the weight of the evidence. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Merrell and Martin, JJ., dissent and vote for affirmance.

REGINA MARASCO, Respondent, v. PIETRO ALVINO, Appellant, Impleaded with Another.*— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of JOHN WILLIAM HADE, Petitioner, against JOSEPH A. WARREN, as Police Commissioner of the City of New York, Respondent.— Order of certiorari dismissed and determination confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

CELESTINO CERNUDO, Respondent, v. WILLIAM J. SCHMIDT and CHARLES STEBBINS, Appellants. CARMEN CERNUDO, Respondent, v. WILLIAM J. SCHMIDT and CHARLES STEBBINS, Appellants.— Judgments reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that the verdict is against the weight of the evidence and that a dispassionate consideration of the evidence by the jury was rendered impossible by the colloquies occurring during the trial. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE MIDTOWN BANK OF NEW YORK, Respondent, v. CLEMENTE CONTRACTING Co., INC., and Others, Appellants, Impleaded with Others.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JAY CARTON, Suing on Behalf of Himself and All Other Stockholders of RUBEL CORPORATION, Appellant, v. RUBEL CORPORATION and Others, Respondents.— Orders reversed, with ten dollars costs and disbursements, and motions denied, with ten dollars costs, with leave to defendants to answer on payment of said costs, upon the ground that whether the court should entertain jurisdiction should await a development of facts upon the trial. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

* Affd., 254 N. Y. ——.